UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-12537-RGS

| | |
|---|---|
| MARIA G. MASUCCI )<br>    Plaintiff )<br> )<br>v. )<br> )<br>NORMAN MINETTA, Secretary, )<br>U.S. DEPARTMENT OF )<br>TRANSPORTATION )<br>    Defendant ) | PROOF OF SERVICE |

1. My name is Michael J. Heineman. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts. I am the attorney for plaintiff, Maria Masucci, in the above entitled action.

2. Pursuant to the Federal Rules of Civil Procedure 4(i), I made service of the Summons, Complaint and Jury Trial Demand, and Civil Cover Sheet upon the Defendant by:

   a. Mailing a copy of the Summons and the Complaint by Certified Mail addressed to the Civil Process Clerk at the office of the United States Attorney (see attached Exhibit "A");

   b. Mailing a copy of the Summons and the Complaint by Certified Mail addressed to the Attorney General of the United States (see attached Exhibit "B"); and

   c. Mailing a copy of the Summons and the Complaint by Certified Mail addressed to the defendant, The Honorable Norman Y. Mineta, Secretary of Transportation (See attached Exhibit "C").

Subscribed and sworn under the pains and penalties of perjury this 14th day of February, 2005.

Michael J. Heineman
BBO #556841