UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA MASUCCI, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 04-12537 RGS |
| | ) |
| v. | ) |
| | ) |
| NORMAN MINETA, Secretary, | ) |
| U.S. Department of Transportation, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendant, Norman Mineta, Secretary, U.S. Department of Transportation. .

                                                           Respectfully submitted,

                                                           MICHAEL J. SULLIVAN
                                                           United States Attorney

                                           By:  /s/ Mark T. Quinlivan
                                                MARK T. QUINLIVAN
                                                Assistant U.S. Attorney
                                                United States Attorney's Office
                                                John Joseph Moakley U.S. Courthouse
                                                1 Courthouse Way, Suite 9200
                                                Boston, MA 02210
                                                617-748-3606

Dated: March 4, 2005