UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA MASUCCI,<br><br>        Plaintiff,<br><br>v.<br><br>NORMAN MINETA, Secretary,<br>U.S. Department of Transportation,<br><br>        Defendant. | Civil Action No. 04-12537 RGS |

**ASSENTED-TO MOTION TO CONTINUE AND RESCHEDULE
SCHEDULING CONFERENCE**

Now comes the plaintiff in the above entitled matter and requests that this Honorable Court continue and reschedule the Scheduling Conference currently scheduled for December 19, 2005.  As reason herefore, the plaintiff's counsel has pneumonia.

The plaintiff's counsel respectfully requests that the court reschedule the hearing to a later date convenient with the Court.  Defendant assents to this motion.

|  | Respectfully submitted, |
|---|---|
| ASSENTED TO:<br>The Defendant, by its attorney | The Plaintiff, by her attorney |
| /s/ Mark T. Quinlivan<br>MARK T. QUINLIVAN<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3606 | /s/ Michael J. Heineman<br>MICHAEL J. HEINEMAN<br>(BBO#556841)<br>MINGACE & HEINEMAN, PC<br>284 Union Avenue<br>Framingham, MA  01702<br>(508) 626-8500 |

Dated: December 19, 2005