UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MARIA G. MASUCCI

V.                                        CIVIL ACTION NO. **04-12537-RGS**

NORMAN Y. MINETTA, SECRETARY OF DEPT. OF TRANSPPORTATION, ET AL

ORDER REGULATING NON-JURY TRIAL BEFORE STEARNS, DJ.

**STEARNS, DJ**                                                                                    MARCH 29, 2007

THE ABOVE-CAPTIONED ACTION IS SCHEDULED FOR A NON-JURY TRIAL COMMENCING ON **MONDAY, JULY 16, 2007** AT **9:30 A.M.** IN COURTROOM **#21**, **7th Floor**, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE **JULY 10, 2007** COUNSEL SHALL FILE THE FOLLOWING DOCUMENTS WITH THE CLERK:

TO BE JOINTLY FILED BY COUNSEL:

1. A STIPULATION OF FACTS AGREED TO BY THE PARTIES;
2. A LIST OF EXHIBITS TO BE INTRODUCED WITHOUT OBJECTION, IDENTIFIED BY A SINGLE SEQUENCE OF NUMBERS, REGARDLESS OF WHICH PARTY IS THE PROPONENT OF AN EXHIBIT;
3. A LIST OF MARKED ITEMS TO BE OFFERED AT TRIAL AS TO WHICH AN OPPOSING PARTY HAS RESERVED THE RIGHT TO OBJECT, IDENTIFIED BY A SINGLE SEQUENCE OF CAPITAL LETTERS, REGARDLESS OF WHICH PARTY IS THE PROPONENT OF AN EXHIBIT;
4. A LIST OF PROSPECTIVE WITNESSES;
5. A LIST OF DEPOSITIONS TO BE USED AT TRIAL BY EACH PARTY IDENTIFYING THE PORTIONS TO BE USED BY PAGE AND LINE NUMBERS, AND ANY OBJECTIONS. IF OBJECTIONS ARE TO BE PRESERVED, RULINGS MUST BE SOUGHT PRIOR TO TRIAL.

_____

TO BE FILED BY EACH COUNSEL, SEPARATELY, AFTER TRIAL:

A STATEMENT OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, WHICH ARE TO BE FILED WITH THE COURT ACCORDING TO THE "BRIEFING SCHEDULE" WHICH WILL BE ESTABLISHED AT THE CONCLUSION OF THE TRIAL. EACH PROPOSED FINDING AND CONCLUSION IS TO BE SET OUT IN A SEPARATELY NUMBERED PARAGRAPH.

<u>FAILURE OF COUNSEL TO COMPLY WITH THIS ORDER WILL RESULT IN SANCTIONS TO BE IMPOSED.</u>

IF COUNSEL HAVE ANY QUESTIONS REGARDING THIS ORDER, THEY SHALL CONTACT MARY JOHNSON, COURTROOM CLERK TO THE SESSION.

SO ORDERED.

                RICHARD G. STEARNS
                UNITED STATES DISTRICT JUDGE

BY:   /s/ Mary   H. Johnson
      _____
               Deputy Clerk

DATED: **3-29-07**