UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARIA MASUCCI**

    **Plaintiff**

             **v.**                    **CIVIL ACTION NO. 04-12537-RGS**

**NORMAN MINETTA, ET AL**
    **Defendant**

<u>**SETTLEMENT ORDER OF DISMISSAL**</u>

**STEARNS, DJ.**                                                    **OCTOBER 16, 2007**

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 60 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                                                            **RICHARD G. STEARNS**
                                                            **UNITED STATES DISTRICT JUDGE**

                       **BY:**

                                           **/s/ Mary H. Johnson**
                                            _____
                                                    **Deputy Clerk**

**DATED: 10-16-07**